**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JONATHAN A. REESE, JR.,** | § § § | |
| Petitioner, | § § | |
| v. | § § § | Civil Action No. 3:11-cv-2018-O |
| **RICK THALER, Director,** Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § § | |
| Respondent. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF Nos. 15, 19, 25). Petitioner filed objections (ECF No. 26). However, Petitioner has failed to identify the specific finding or recommendation to which objection is made, state the basis for such objection, or specify the place in the Magistrate Judge's report and recommendation where the disputed determination is found. As such, the Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, Petitioner's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the Magistrate Judge as the findings and conclusions of the Court.

Even if Petitioner's objections were sufficiently specific to trigger *de novo* review, the Court finds in the alternative that the Magistrate Judge's Findings, Conclusions, and Recommendation are correct. Thus, Petitioner's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings,

Conclusions, and Recommendation of the United States Magistrate Judge as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 2) is **DENIED**.  It is further **ORDERED** that Petitioner's Motion to Abate (ECF No. 18) and Petitioner's Motion for Leave to File an Amended Complaint (ECF No. 24) are **DENIED**.

**SO ORDERED** on this **14th day** of **December, 2012.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE